UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:02CR182 |
| | ) | |
| v. | ) | |
| | ) | **ORDER FOR DISMISSAL** |
| DARRIUS JAVARED YOUNG | ) | |
| | ) | |

Leave of Court is hereby granted for the dismissal of the petition for revocation of supervised release without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

SO ORDERED.

Signed: May 22, 2013

Graham C. Mullen
United States District Judge

1