IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02-CR-182-3

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DARRIUS JAVARED YOUNG  (4) | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** upon defendant's Motion for Early Termination from Supervised Release [doc. #256] filed on February 26, 2016. For cause shown, the motion is GRANTED effective the date of the signing of this Order.

**IT IS SO ORDERED.**

Signed: March 18, 2016

Graham C. Mullen
United States District Judge